A CERTIFIED TRUE COPY
ATTEST
By Jakeia Mells on Feb 09, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 22, 2009

FILED
CLERK'S OFFICE

IN RE: TEXT MESSAGING ANTITRUST
LITIGATION

MDL No. 1997

(SEE ATTACHED SCHEDULE)

Filed: 02/09/09
Case: 09cv930
Judge: Kennelly
dmkf

## CONDITIONAL TRANSFER ORDER (CTO-2)

On December 3, 2008, the Panel transferred 13 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d (J.P.M.L. 2008). Since that time, 11 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Matthew F. Kennelly.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Kennelly.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 3, 2008, and, with the consent of that court, assigned to the Honorable Matthew F. Kennelly.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 09, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By  s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: FEBRUARY 19, 2009

IN RE: TEXT MESSAGING ANTITRUST
LITIGATION                                              MDL No. 1997

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA NORTHERN
  ALN  5  08-2426         Steven Crutchfield v. Verizon Wireless, et al.      09cv929

COLORADO
  CO   1  08-2777          Scott Moore v. Verizon Wireless, et al.             09cv930

MICHIGAN EASTERN
  MIE  2  08-15230         Bryan Marcus v. Verizon Wireless, et al.            09cv931

OHIO NORTHERN
  OHN  1  08-2974          Robert Falkner v. Verizon Wireless, et al.          09cv932

OHIO SOUTHERN
  OHS  2  08-1204          Pam Lippy v. Verizon Wireless, et al.               09cv933

VERMONT
  VT   2  09-2             Dawn Lancaster, et al. v. Verizon Wireless, et al.  09cv934